UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

GAVIN WADE WARNER,

        Plaintiff,              Case No. 2:25-cv-00026

v.                               Honorable Phillip J. Green

UNKNOWN JOHNSTON et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claim under the Eighth Amendment be **DISMISSED WITH PREJUDICE** for failure to state a claim, under 28 U.S.C. §§ 1915(e)(2) and 1915A(b), and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state law claim for negligence be **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise jurisdiction over it. *See* 28 U.S.C. § 1367(c).

Dated: March 12, 2025                    /s/ Phillip J. Green
                                                   PHILLIP J. GREEN
                                                   United States Magistrate Judge